UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TREVIN C.,[1]

      Plaintiff,

    v.                             Civil Action No.  2:25cv298

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,

      Defendant.

## FINAL ORDER

This matter comes before the court on Plaintiff's Motion for Summary Judgment, ECF No. 6 ("Motion"), and Memorandum in Support of Plaintiff's Motion, ECF No. 7 ("Memorandum"). The relief requested in Plaintiff's Memorandum is for the court to "reverse the decision of the [Administrative Law Judge] and award benefits to him outright." ECF No. 7 at 25. In the alternative, Plaintiff requests this court to remand the matter for further proceedings. Id. On September 24, 2025, Defendant, Commissioner of the Social Security Administration ("Commissioner"), filed a Brief in Support of the Commissioner's decision and in opposition to Plaintiff's

---

[1] In accordance with a committee recommendation of the Judicial Conference, Plaintiff's last name has been redacted for privacy reasons. See Comm. on Ct. Admin. & Case Mgmt. Jud. Conf. U.S., Privacy Concern Regarding Social Security and Immigration Opinions 3 (May 1, 2018).

Motion. ECF No. 8. Plaintiff filed a Reply Brief on October 8, 2025. ECF No. 9.

On July 25, 2025, this matter was referred to United States Magistrate Judge Robert J. Krask, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B)-(C) and Rule 72(b) of the Federal Rules of Civil Procedure, thereby designating him to "conduct hearings, including evidentiary hearings, if necessary, and to submit to [the undersigned district judge] proposed findings of fact, if applicable, and recommendations for the disposition of this matter." ECF No. 4. The Magistrate Judge's Report and Recommendation ("R&R") was filed on June 2, 2026, recommending that Plaintiff's appeal of the Commissioner's final decision be **GRANTED in part** and **DENIED in part**. Specifically, the R&R recommended that Plaintiff's request for reversal of the Commissioner's decision and an award of benefits, ECF No. 7 at 25, be **DENIED**; Plaintiffs' request for remand, id., be **GRANTED**; the decision of the Commissioner be **VACATED**; and the case be **REMANDED**. See ECF No. 11 at 28.

By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date the R&R was forwarded to the objecting party. See id. at 28-29. No objections were filed by either party, and the time for filing objections has expired.

2

The court, having reviewed the record in its entirety, does hereby **ADOPT AND APPROVE IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R. Id. Accordingly, the alternative relief requested in Plaintiff's Motion for Summary Judgment, ECF No. 10, and Memorandum in Support of Plaintiff's Motion for Summary Judgment, ECF No. 11, is **GRANTED**; the Commissioner's final decision is **VACATED** and the matter is **REMANDED** for further proceedings, as set forth in the R&R; and Plaintiff's request for a reversal of the Commissioner's decision and an award of benefits is **DENIED**.

The Clerk is **DIRECTED** to effect the Remand and close the case on this court's docket. The Clerk is also **DIRECTED** to forward copies of this Final Order to counsel for all parties.

**IT IS SO ORDERED.**

_____/s/_____
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

July 14, 2026

3